**Order entered September 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00124-CR
No. 05-18-00125-CR

**CHRISTON DIOR CONNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56395-M & F17-56396-M**

## ORDER

The reporter's record in the above appeals was due April 3, 2018. On June 6, we notified court reporter Belinda Baraka and directed her to file, by July 6, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. We received no communication from Ms. Baraka. Because the clerk's record showed appellant was indigent and had requested the reporter's record, we then ordered Ms. Baraka to file the complete reporter's record in these appeals by August 15, 2018. We cautioned Ms. Baraka that the failure to file the reporter's record by that date would result in the Court taking whatever action it deemed appropriate to ensure that these appeals proceeds in a more timely fashion, including ordering that Ms. Baraka not sit as a court

reporter until the reporter's record in the appeals is filed. <u>To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka.</u>

We **ORDER** that Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in these appeals.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/    LANA MYERS
       JUSTICE